O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON T. SEGOVIA, as an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>WILMINGTON FINANCE A DIVISION OF AIG FEDERAL SAVINGS BANK et al.,<br><br>           Defendants.<br>_____ | Case No. CV 15-03150 DDP (AJWx)<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS**<br><br>[Dkt. Nos. 46, 48, 56, 59, 68] |

    Presently before the Court are Defendants' Motions to Dismiss Plaintiff's First Amended Complaint ("FAC").  Having considered the parties' submissions, the Court adopts the following order.

**I.   DISCUSSION**

    Plaintiff *in pro per* has filed this suit against about sixteen different defendants, alleging thirteen causes of action.  However, none of the causes of action in the forty page complaint set forth a specific allegation against any particular defendant, instead referring to "defendants" or "defendant" writ large.  But even assuming that all Defendants are properly included in this suit,

Plaintiff has failed to state a claim as a matter of law.

Plaintiff's case arises out of problems Plaintiff has with Defendants' alleged conduct relating to the securitization of Plaintiff's home loan. (See FAC ¶¶ 21, 22, p.15-32.) However, Plaintiff lacks standing to challenge any securitization of his mortgage loan because he was not a party or beneficiary to a pooling and servicing agreement. See, e.g., Jenkins v. J.P. Morgan Chase Bank, N.A., 216 Cal. App. 4th 497, 515 (2013). Therefore, Plaintiff's causes of action based on that theory all fail.

Plaintiff's other causes of action are deemed abandoned because Plaintiff's Opposition to Defendants' Motions to Dismiss do not address Defendants' arguments. See Walsh v. Nev. Dep't Human Res., 471 F.3d 1033, 1037 (9th Cir. 2006).

## II. CONCLUSION

Defendants' Motions to Dismiss are hereby GRANTED with prejudice. There is no evidence that any error or defect in the pleading could be fixed, therefore no leave to amend is granted.

IT IS SO ORDERED.

Dated: October 14, 2015

DEAN D. PREGERSON
United States District Judge